**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                    **CASE NO.: 8:21-cr-44-WFJ-TGW**

**NELSON LEONARDO MINA SOL,**

_____/

## SENTENCING MEMORANDUM

**COMES NOW**, Nelson Leonardo Mina Sol, by and through the undersigned counsel, and

files this sentencing memorandum in support of a sentence of 36 months.  Mr. Mina Sol

respectfully requests that this Honorable Court impose a sentence "sufficient, but not greater than

necessary" to achieve the sentencing purposes of 18 U.S.C. § 3553(a).

## FACTORS SUPPORTING A VARIANCE

1. Mr. Mina Sol was originally arrested on the high seas January 15, 2021, at the age of 29.

2. Once presented with the opportunity to resolve the charges, he immediately wanted to accept responsibility for his conduct.  At this juncture, he has been incarcerated approximately 8 and 1/2 months.  His guideline range is 70 – 87 months based on offense level 27 and criminal history of category I.

3. The individual characteristics of Mr. Mina Sol support a sentence of 36 months. _Pepper v. United States_, 131 S.Ct. 1229 (2011), extols consideration of post-sentencing rehabilitation when a defendant appears before the District Court for re-sentencing. The Supreme Court emphasized that post-sentencing rehabilitation was fundamental to the District Court's overarching duty under § 3553(a) to "'impose a sentence sufficient, but not greater than necessary to serve the purposes of sentencing." The Supreme Court declared among other things that the history and characteristics of the defendant _on the day of sentencing_ (or re-sentencing in Pepper's case) are crucial.

4. As Mr. Mina Sol stands before this Court at his October 2021 sentencing, he has been incarcerated during a pandemic.  He has been away from his birth Country and family while imprisoned in the Citrus County Jail full of remorse and shame for his actions.

5.  He longs to see his two minor children, three (3) and (7) years old.  Growing up in Columbia he lived on a farm.  At the tender age of eight (8) he lost his father who was murdered by his uncle.  In 2016, his family was displaced by a paramilitary group from their farm outside Tumaco.  They fled to a home near the ocean which lacks running water.  The hardships lead to desperation which led to poor choices.

6.  Serving as a mule is no life of glamor.  You must be hardened to the elements of the sea; know boating and navigations skills; and be willing to risk your life to help those you love to live a better life.  The PSR reveals that despite two years of work in a hearts of palm food processing plant where he could use his vocational training in food services, he could make more fishing.  This placed him into a position to be asked to do a mission that could create hope that earning $51.71 fishing a week simply could not.

7.  A sentence of 36 months appropriately recognizes Mr. Mina Sol's role in the offense, the nature of the charges, his genuine remorse, the toll of his foreign incarceration, the importance of his return to his family, and his imminent deportation.  This deportation deprives him of the opportunity to go to a half-way house before completing his sentence. In addition, the cost of incarceration merits a limited term so finite government resources can be spent on higher priorities.

**WHEREFORE**, because a sentence of 36 months honors the factors of §3553(a) and is

"sufficient, but not greater, than necessary", Mr. Mina Sol respectfully requests this Honorable

Court sentence him to this position recognizing the various variance factors in this memorandum

and the facts and circumstances set forth in the PSR.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 964212
2102 West Cleveland Street
Attorney for Defendant
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail:  mmaddux@madduxattorneys.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on **September 23, 2021**, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system.


<u>*s/Michael P. Maddux*</u>
Michael P. Maddux, Esquire
